TDCJ Offender Details

79,104-12

  

# Offender Information Details

Return to Search list

| | |
|---|---|
| **SID Number:** | 04088120 |
| **TDCJ Number:** | 01764301 |
| **Name:** | ADAMS,RICKY LYNN |
| **Race:** | B |
| **Gender:** | M |
| **DOB:** | 1963-11-16 |
| **Maximum Sentence Date:** | 2036-04-23 |
| **Current Facility:** | MAC STRINGFELLOW |
| **Projected Release Date:** | 2036-04-23 |
| **Parole Eligibility Date:** | 2021-04-23 |
| **Offender Visitation Eligible:** | YES |

*Information provided is updated once daily during weekdays and multiple times per day on visitation days. **Because this information is subject to change, family members and friends are encouraged to call the unit prior to traveling for a visit.***

## SPECIAL INFORMATION FOR SCHEDULED RELEASE:

**Scheduled Release Date:**      Offender is not scheduled for release at this time.

**Scheduled Release Type:**      Will be determined when release date is scheduled.

**Scheduled Release Location:**      Will be determined when release date is scheduled.

Parole Review Information

## Offense History:

| Offense Date | Offense | Sentence Date | County | Case No. | Sentence (YY-MM-DD) |
|---|---|---|---|---|---|
| | | | | | |